```
THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
       Attorneys for Plaintiff
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
       Social Security Administration
       160 Spear Street, Suite 800
       San Francisco, CA  94105
       Telephone:  (415) 977-8984
       Facsimile: (415) 744-0134
       Email:  Inseon.Jeong@ssa.gov
       Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| | |
|---|---|
| ERIC WILLIAM BROWN, | ) Case No. EDCV 20-00703 ADS |
|     Plaintiff, | ) |
| | ) **ORDER AWARDING EQUAL** |
|     v. | ) **ACCESS TO JUSTICE ACT** |
| KILOLO KIJAKAZI[1], | ) **ATTORNEY FEES PURSUANT TO** |
| Commissioner of Social Security, | ) **28 U.S.C. § 2412(d)** |
| | ) |
|     Defendant. | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS [$4,600.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated:  8/24/2021                         /s/ Autumn D. Spaeth
                                          HON.  AUTUMN D. SPAETH
                                          UNITED STATES MAGISTRATE JUDGE